Nat Clarkson (State Bar No. 021027)
**Anderson Clarkson Johnson Brown PLLC**
2812 North Norwalk, Suite 106
Mesa, Arizona  85215

   Direct Dial: (480) 373-9090
   Email:     nclarkson@acjblaw.com

Daniel S. Hefter (IL State Bar No. 3127998)
*Pro Hac Vice Application to be Submitted*
**Hefter Law, Ltd.**
22 West Washington, Suite 1500
Chicago, Illinois  60602

   Direct Dial: (312) 264-6565
   Email:     dhefter@hefter-law.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Federal Savings Bank,<br><br>                  Plaintiff,<br><br>v.<br><br>Gregory Pahel,<br><br>                  Defendant. | Case No.<br><br>**COMPLAINT** |

      Plaintiff The Federal Savings Bank ("TFSB") complains as follows against defendant Gregory Pahel:

      1.  TFSB is a federally chartered savings bank with its main office in Chicago, Illinois. TFSB is, therefore, a citizen of the State of Illinois.

      2.  Defendant Gregory Pahel ("Pahel") is an individual who is a citizen of the State of Arizona.

      3.  The amount in controversy in this case, exclusive of interest and costs, is $124,363.

      4.  This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

5. Venue in this district is proper pursuant to § 1391(a) because the defendant resides in this district.

6. TFSB is engaged, *inter alia*, in the business of originating home mortgage loans.

7. Prior to November 2, 2021, Pahel was employed by TFSB as an Outside Commissioned Senior Vice President of TFSB's home mortgage loan business.

8. On September 2, 2020, Pahel and TFSB executed a document entitled "Terms of Employment," a copy of which is attached hereto as Exhibit A.

9. Also on September 2, 2020, Pahel and TFSB executed a document entitled "The Federal Savings Bank Compensation Plan for Commissioned HECM Senior Vice Presidents," a copy of which is attached hereto as Exhibit B.

10. On June 4, 2021, Pahel and TFSB executed an untitled document, a copy of which is attached hereto as Exhibit C.

11. As of June 4, 2021, Pahel's employment contract with TFSB consisted of the documents attached hereto as Exhibits A, B, and C.

12. Pursuant to Pahel's employment contract with TFSB, after June 4, 2021, Pahel was paid certain draws against future commissions.

13. Pahel's employment with TFSB terminated on November 2, 2021.

14. As of November 2, 2021, the amount of draws that had been advanced by TFSB to Pahel which Pahel had not earned was $124,363.

15. Pahel's employment contract provides, in pertinent part:

> ...TFSB will recover the above and the following advances by retaining ten percent (10%) of future, monthly commissions earned by Greg Pahel beginning June 1st, 2021, until the difference between actual earned commissions and the amount of the monthly draws is paid back to TFSB in its entirety. Effective March 1st, 2022, TFSB will recover the advances by retaining twenty percent (20%) of future, monthly commissions earned by Greg Pahel, until the difference between actual earned commissions and the amount of the monthly draws is paid back to TFSB in its entirety. If Greg Pahel leaves The Federal Savings Bank, ... any outstanding draw is due and payable immediately... .

(Exhibit C, p. 2.)

16. TFSB has fully performed its obligations under its employment contract with Pahel.

2

17. Pursuant to Pahel's employment contract with TFSB, Pahel was obligated to have repaid $124,363 to TFSB on November 2, 2021.

18. Pahel has breached his employment contract by failing, despite demand therefor, to repay any of the $124,363 that he owes TFSB.

19. As a direct and proximate result of Pahel's breach, TFSB has suffered damages in the amount of $124,363.

WHEREFORE, plaintiff The Federal Savings Bank prays for judgment in its favor and against defendant Gregory Pahel in the amount of $124,363 together with the costs of this action and such other and further relief as the Court may deem just and proper.

DATED this 12th day of January 2022.

> HEFTER LAW, LTD.
> 22 West Washington, Suite 1500
> Chicago, Illinois  60602
>
>   -AND-
>
> ANDERSON CLARKSON JOHNSON BROWN PLLC
>
> By: /s/ Nat Clarkson (#021027)
>       Nat Clarkson
> *Attorneys for Plaintiffs*

3